# Exhibit 2

Case 1:24-cv-21382-DPG Document 1-2 Entered on FLSD Docket 04/11/2024 Page 2 of 41



US00D991706S

(12) **United States Design Patent** (10) Patent No.: **US D991,706 S**

Taylor et al.     (45) **Date of Patent:**   **   **Jul. 11, 2023**

---

(54) **CUSHION**

(71) Applicant: **Purple Innovation, LLC**, Lehi, UT (US)

(72) Inventors: **Robert Wayne Taylor**, Highland, UT (US); **Jon Wandvik**, Highland, UT (US)

(73) Assignee: **Purple Innovation, LLC**, Lehi, UT (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/782,165**

(22) Filed: **May 4, 2021**

### Related U.S. Application Data

(63) Continuation-in-part of application No. 29/694,851, filed on Jun. 13, 2019, now Pat. No. Des. 917,927.

(51) **LOC (14) Cl.** ............................................... **06-04**
(52) **U.S. Cl.**
USPC ........................................................ **D6/601**
(58) **Field of Classification Search**
USPC ................. D6/595, 596, 601, 604; D24/183
CPC .......... A47G 9/10; A47G 9/00; A47G 9/1045; A47G 9/1054; A47G 9/1063; A47G 9/1072; A47G 9/1081; A47G 9/109; A47C 27/021; A47C 27/016; A47C 27/018; A47C 27/02
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,958,885 A | 11/1960 | Donney | |
| D227,004 S | 5/1973 | Roy et al. | |
| 3,775,526 A | 11/1973 | Gilmore | |
| 4,035,217 A | 7/1977 | Kennette et al. | |
| D270,012 S | 8/1983 | Stocker | |
| D364,040 S | 11/1995 | Suskind | |
| D382,354 S | 8/1997 | Engberg | |
| D389,152 S | 1/1998 | Kurihara | |
| 5,749,111 A | 5/1998 | Pearce | |
| D395,780 S | 7/1998 | Denny et al. | |

(Continued)

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| JP | D1621996 | * | 1/2019 |
| KR | 300563846 | * | 6/2010 |
| KR | 300601446 | * | 6/2011 |

#### OTHER PUBLICATIONS

Purple Harmony Pillow, Purple Innovations, Date Product saved: Dec. 8, 2019, https://purple.com/pillows/harmony (Year: 2019).*

(Continued)

*Primary Examiner* — Jennifer L Rempfer
*Assistant Examiner* — Carrie A Matteoli
(74) *Attorney, Agent, or Firm* — Dentons Durham Jones Pinegar

(57)       **CLAIM**

The ornamental design for a cushion, as shown and described.

### DESCRIPTION

FIG. **1** is a top perspective view of a cushion with hexagonal cells;
FIG. **2** is a top view of the cushion of FIG. **1**;
FIG. **3** is a bottom view of the cushion of FIG. **1**;
FIG. **4** is a first longitudinal side view of the cushion of FIG. **1**;
FIG. **5** is a second longitudinal side view of the cushion of FIG. **1**;
FIG. **6** is a first transverse side view of the cushion of FIG. **1**; and,
FIG. **7** is a second transverse side view of the cushion of FIG. **1**.
Broken lines in the drawings depict features that form no part of the claimed design.

**1 Claim, 4 Drawing Sheets**



(56) **References Cited**

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D402,436 S | | 12/1998 | Cawley et al. |
| 5,879,780 A | * | 3/1999 | Kindinger .......... B29D 99/0089 |
| | | | 428/116 |
| D412,422 S | | 8/1999 | Cobb |
| D414,281 S | * | 9/1999 | Sassenberg ................. D25/152 |
| 6,446,289 B1 | | 9/2002 | Su et al. |
| D463,745 S | * | 10/2002 | Hausen .......................... D9/456 |
| D475,856 S | | 6/2003 | Karul et al. |
| D582,618 S | | 12/2008 | Caruso et al. |
| 7,666,341 B2 | | 2/2010 | Pearce |
| D622,965 S | | 9/2010 | Bridges et al. |
| D629,636 S | | 12/2010 | Wright |
| D649,144 S | * | 11/2011 | Fathollahi .................. D14/250 |
| D679,533 S | | 4/2013 | Stoddard |
| 8,434,748 B1 | | 5/2013 | Pearce et al. |
| D703,398 S | | 4/2014 | Nixon et al. |
| D713,654 S | | 9/2014 | Robbins, III et al. |
| 8,919,750 B2 | | 12/2014 | Pearce et al. |
| 8,932,692 B2 | | 1/2015 | Pearce |
| D727,820 S | | 4/2015 | Wegener et al. |
| D729,550 S | | 5/2015 | Williams et al. |
| 9,095,438 B1 | * | 8/2015 | Wait ..................... A61F 2/3601 |
| D747,066 S | * | 1/2016 | Roetheli ....................... D1/106 |
| D776,036 S | | 1/2017 | Lu |
| D814,053 S | | 3/2018 | Darrow et al. |
| D840,724 S | * | 2/2019 | Dowd ............................ D6/601 |
| 10,206,512 B2 | * | 2/2019 | Kim ....................... A47C 7/34 |
| D844,621 S | | 4/2019 | Chen |
| D845,031 S | | 4/2019 | Huang |
| D878,694 S | | 3/2020 | Carlson et al. |
| 10,575,498 B2 | * | 3/2020 | Roetheli ................ A23K 50/42 |
| D885,085 S | | 5/2020 | Dowd |
| D903,377 S | | 12/2020 | Yin |
| D917,206 S | * | 4/2021 | Taylor ........................... D6/601 |
| D917,927 S | * | 5/2021 | Taylor ........................... D6/601 |
| D923,969 S | * | 7/2021 | Sheikh .......................... D6/601 |
| D950,981 S | * | 5/2022 | Luo ................................ D6/601 |
| D959,176 S | * | 8/2022 | Woodard ....................... D6/601 |
| D962,680 S | * | 9/2022 | Huang .......................... D6/601 |
| D964,071 S | * | 9/2022 | Wang ............................ D6/601 |
| 2002/0043747 A1 | * | 4/2002 | Vismara .............. F16F 7/121 |
| | | | 267/141 |
| 2010/0071136 A1 | * | 3/2010 | Weber ................. A47G 9/1081 |
| | | | 156/251 |
| 2010/0095622 A1 | * | 4/2010 | Niemoller .............. E04B 1/803 |
| | | | 52/794.1 |
| 2010/0196656 A1 | * | 8/2010 | Leng ....................... B32B 21/06 |
| | | | 428/116 |
| 2011/0064911 A1 | * | 3/2011 | Kuo ..................... A43B 13/187 |
| | | | 428/131 |
| 2011/0221084 A1 | * | 9/2011 | Goodman ............. C04B 35/571 |
| | | | 264/29.5 |
| 2012/0005821 A1 | * | 1/2012 | Fowkes ................. A47K 3/002 |
| | | | 4/581 |
| 2012/0048487 A1 | | 3/2012 | Brewster et al. |
| 2012/0112479 A1 | * | 5/2012 | Nagwanshi .......... B62D 21/15 |
| | | | 428/116 |
| 2015/0108799 A1 | | 4/2015 | Jones et al. |
| 2015/0190981 A1 | | 7/2015 | Levit et al. |
| 2017/0108694 A1 | * | 4/2017 | Wuske .............. G02B 27/0006 |
| 2018/0009977 A1 | * | 1/2018 | Kim ........................ B68G 5/00 |
| 2019/0365115 A1 | * | 12/2019 | Wu ........................ A47C 31/11 |
| 2020/0198500 A1 | | 6/2020 | Woo et al. |
| 2020/0205589 A1 | * | 7/2020 | Ho ............................ A61F 5/56 |
| 2020/0390247 A1 | * | 12/2020 | Taylor ................... B32B 3/266 |

## OTHER PUBLICATIONS

Purple Purple Harmony Pillow Standard, Bedzzz Express, Date Reviewed: Sep. 28, 2022, https://bedzzzexpress.com/sleep-accessories/accessories/pillows/10-31-12900/ (Year: 2022).*

Purple Harmony Pillow, Amazon, Date First Available: Nov. 2, 2019, https://www.amazon.com/Purple-Harmony-Pillow-Grid-Standard/dp/B07ZWHGZBK?th=1 (Year: 2019).*

* cited by examiner

Case 1:24-cv-21362-DPG   Document 1-2   Entered on FLSD Docket 04/11/2024   Page 3 of 41

Case 1:24-cv-21362-DPG  Document 1-2  Entered on FLSD Docket 04/11/2024  Page 4 of 41



*FIG. 1*

Case 1:24-cv-21362-DPG   Document 1-2   Entered on FLSD Docket 04/11/2024   Page 5 of 41

*FIG. 2*

Case 1:24-cv-21362-DPG   Document 1-2   Entered on FLSD Docket 04/11/2024   Page 6 of 41



**_FIG. 3_**

Case 1:24-cv-21362-DPG  Document 1-2  Entered on FLSD Docket 04/11/2024  Page 7 of 41



FIG. 4          FIG. 5

FIG. 6          FIG. 7

Case 1:24-cv-21362-DPG Document 1-2 Entered on FLSD Docket 04/11/2024 Page 8 of 41



US00D990930S

(12) **United States Design Patent**    (10) Patent No.:    **US D990,930 S**

Taylor et al.      (45) **Date of Patent:**   **   **Jul. 4, 2023**

(54) **CUSHION WITH HEXAGONAL CELLS**

(71) Applicant: **Purple Innovation, LLC**, Lehi, UT (US)

(72) Inventors: **Robert Wayne Taylor**, Highland, UT (US); **Jon Wandvik**, Highland, UT (US)

(73) Assignee: **Purple Innovation, LLC**, Lehi, UT (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/779,618**

(22) Filed: **Apr. 20, 2021**

### Related U.S. Application Data

(63) Continuation-in-part of application No. 29/694,846, filed on Jun. 13, 2019, now Pat. No. Des. 917,206.

(51) **LOC (14) Cl.** ............................................... **06-04**

(52) **U.S. Cl.**
USPC ........................................................ **D6/601**

(58) **Field of Classification Search**
USPC .................. D6/595, 596, 601, 604; D24/183
CPC .......... A47G 9/10; A47G 9/00; A47G 9/1045;
A47G 9/1054; A47G 9/1063; A47G
9/1072; A47G 9/1081; A47G 9/109;
A47C 27/021; A47C 27/016; A47C
27/018; A47C 27/02
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,958,885 | A | 11/1960 | Donney |
| D227,004 | S | 5/1973 | Roy et al. |
| 3,775,526 | A | 11/1973 | Gilmore |
| 4,035,217 | A | 7/1977 | Kennette et al. |
| D270,012 | S | 8/1983 | Stocker |
| D364,040 | S | 11/1995 | Suskind |
| D382,354 | S | 8/1997 | Engberg |
| D389,152 | S | 1/1998 | Kurihara |

(Continued)

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| JP | D1621996 | * | 1/2019 |
| KR | 300563846 | * | 6/2010 |
| KR | 300601446 | * | 6/2011 |

#### OTHER PUBLICATIONS

Purple Harmony Pillow, Purple Innovations, Date Product saved: Dec. 8, 2019, https://purple.com/pillows/harmony (Year: 2019).*

(Continued)

*Primary Examiner* — Jennifer L Rempfer
*Assistant Examiner* — Carrie A Matteoli
(74) *Attorney, Agent, or Firm* — Dentons Durham Jones Pinegar

(57) **CLAIM**

The ornamental design for a cushion with hexagonal cells, as shown and described.

### DESCRIPTION

FIG. **1** is a top perspective view of a cushion with hexagonal cells;
FIG. **2** is a top view of the cushion with hexagonal cells of FIG. **1**;
FIG. **3** is a bottom view of the cushion with hexagonal cells of FIG. **1**;
FIG. **4** is a first longitudinal side view of the cushion with hexagonal cells of FIG. **1**;
FIG. **5** is a second longitudinal side view of the cushion with hexagonal cells of FIG. **1**;
FIG. **6** is a first transverse side view of the cushion with hexagonal cells of FIG. **1**; and,
FIG. **7** is a second transverse side view of the cushion with hexagonal cells of FIG. **1**.

(Continued)



Broken lines in the drawings depict features that form no part of the claimed design.

**1 Claim, 4 Drawing Sheets**

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,749,111 | A | 5/1998 | Pearce |
| D395,780 | S | 7/1998 | Denny et al. |
| D402,436 | S | 12/1998 | Cawley et al. |
| 5,879,780 | A * | 3/1999 | Kindinger .......... B29D 99/0089 |
| | | | 428/116 |
| D412,422 | S | 8/1999 | Cobb |
| D414,281 | S * | 9/1999 | Sassenberg ................. D25/152 |
| 6,446,289 | B1 | 9/2002 | Su et al. |
| D463,745 | S * | 10/2002 | Hausen .......................... D9/456 |
| D475,856 | S | 6/2003 | Karul et al. |
| D582,618 | S | 12/2008 | Caruso et al. |
| 7,666,341 | B2 | 2/2010 | Pearce |
| D622,965 | S | 9/2010 | Bridges et al. |
| D629,636 | S | 12/2010 | Wright |
| D649,144 | S * | 11/2011 | Fathollahi .................... D14/250 |
| D679,533 | S | 4/2013 | Stoddard |
| 8,434,748 | B1 | 5/2013 | Pearce et al. |
| D703,398 | S | 4/2014 | Nixon et al. |
| D713,654 | S | 9/2014 | Robbins, III et al. |
| 8,919,750 | B2 | 12/2014 | Pearce et al. |
| 8,932,692 | B2 | 1/2015 | Pearce |
| D727,820 | S | 4/2015 | Wegener et al. |
| D729,550 | S | 5/2015 | Williams et al. |
| 9,095,438 | B1 * | 8/2015 | Wait ...................... A61F 2/3601 |
| D747,066 | S * | 1/2016 | Rootheli ........................ D1/106 |
| D776,036 | S | 1/2017 | Lu |
| D814,053 | S | 3/2018 | Darrow et al. |
| D840,724 | S * | 2/2019 | Dowd ............................ D6/601 |
| 10,206,512 | B2 * | 2/2019 | Kim ........................ A47C 7/34 |
| D844,621 | S | 4/2019 | Chen |
| D845,031 | S | 4/2019 | Huang |
| D878,694 | S | 3/2020 | Carlson et al. |
| 10,575,498 | B2 * | 3/2020 | Rootheli ............... A23K 50/42 |
| D885,085 | S | 5/2020 | Dowd |

| | | | |
|---|---|---|---|
| D903,377 | S | 12/2020 | Yin |
| D917,206 | S * | 4/2021 | Taylor ............................ D6/601 |
| D917,927 | S * | 5/2021 | Taylor ............................ D6/601 |
| D923,969 | S * | 7/2021 | Sheikh .......................... D6/601 |
| D950,981 | S * | 5/2022 | Luo ................................ D6/601 |
| D959,176 | S * | 8/2022 | Woodard ...................... D6/601 |
| D962,680 | S * | 9/2022 | Huang ............................ D6/601 |
| D964,071 | S * | 9/2022 | Wang ............................ D6/601 |
| 2002/0043747 | A1 * | 4/2002 | Vismara ................... F16F 7/121 |
| | | | 267/141 |
| 2010/0071136 | A1 * | 3/2010 | Weber ............... A47G 9/1081 |
| | | | 156/251 |
| 2010/0095622 | A1 * | 4/2010 | Niemoller ............. E04B 1/803 |
| | | | 52/794.1 |
| 2010/0196656 | A1 * | 8/2010 | Leng ...................... B32B 21/06 |
| | | | 428/116 |
| 2011/0064911 | A1 * | 3/2011 | Kuo ...................... A43B 13/187 |
| | | | 428/131 |
| 2011/0221084 | A1 * | 9/2011 | Goodman ............. C04B 35/571 |
| | | | 264/29.5 |
| 2012/0005821 | A1 * | 1/2012 | Fowkes .................. A47K 3/002 |
| | | | 4/581 |
| 2012/0048487 | A1 | 3/2012 | Brewster et al. |
| 2012/0112479 | A1 * | 5/2012 | Nagwanshi ........... B62D 21/15 |
| | | | 428/116 |
| 2015/0108799 | A1 | 4/2015 | Jones et al. |
| 2015/0190981 | A1 | 7/2015 | Levit et al. |
| 2017/0108694 | A1 * | 4/2017 | Wuske ............. G02B 27/0006 |
| 2018/0009977 | A1 * | 1/2018 | Kim ........................ B68G 5/00 |
| 2019/0365115 | A1 * | 12/2019 | Wu ........................ A47C 31/11 |
| 2020/0198500 | A1 | 6/2020 | Woo et al. |
| 2020/0205589 | A1 * | 7/2020 | Ho ............................ A61F 5/56 |
| 2020/0390247 | A1 * | 12/2020 | Taylor ..................... B32B 3/266 |

OTHER PUBLICATIONS

Purple Purple Harmony Pillow Standard, Bedzzz Express, Date Reviewed: Sep. 28, 2022, https://bedzzzexpress.com/sleep-accessories/accessories/pillows/10-31-12900/ (Year: 2022).*

Purple Harmony Pillow, Amazon, Date First Available: Nov. 2, 2019, https://www.amazon.com/Purple-Harmony-Pillow-Grid-Standard/dp/B07ZWHGZBK?th=1 (Year: 2019).*

* cited by examiner

Case 1:24-cv-21362-DPG Document 1-2 Entered on FLSD Docket 04/11/2024 Page 10 of 41



*FIG. 1*

Case 1:24-cv-21362-DPG Document 1-2 Entered on FLSD Docket 04/11/2024 Page 11 of 41



**FIG. 2**

Case 1:24-cv-21362-DPG Document 1-2 Entered on FLSD Docket 04/11/2024 Page 12 of 41



**FIG. 3**



FIG. 4       FIG. 5          FIG. 6      FIG. 7



US00D959176S

(12) **United States Design Patent**
Woodard et al.

(10) Patent No.: **US D959,176 S**

(45) Date of Patent: ✱✱ **Aug. 2, 2022**

(54) **PILLOW**

(71) Applicant: **Purple Innovation, LLC**, Alpine, UT (US)

(72) Inventors: **Stacey Woodard**, Orem, UT (US); **Matthew Rogers**, Eagle Mountain, UT (US); **Joseph T. Nilson**, Alpine, UT (US); **Lidia Saldana**, West Valley City, UT (US); **Leonor Godinez**, Orem, UT (US)

(73) Assignee: **Purple Innovation, LLC**, Lehi, UT (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/710,438**

(22) Filed: **Oct. 23, 2019**

(51) LOC (13) Cl. ................................................ **06-09**

(52) **U.S. Cl.**
USPC ............................................................. **D6/601**

(58) **Field of Classification Search**
USPC ................. D6/582–583, 587–592, 595–609; D21/803–809; D24/183
CPC ................ A47G 9/00; A47G 2009/001; A47G 2009/002; A47G 2009/003; A47G 9/10; A47G 9/1009; A47G 2009/1018; A47G 9/1045; A47G 9/1081; A47G 9/109
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,958,885 A | * | 11/1960 | Donney | A47L 13/03 401/196 |
| D372,158 S | * | 7/1996 | Bonaddio | 5/636 |
| 5,749,111 A | * | 5/1998 | Pearce | B29C 44/50 428/137 |
| D395,780 S | * | 7/1998 | Denney | D6/606 |
| D414,976 S | * | 10/1999 | Su | D6/596 |
| D790,254 S | * | 6/2017 | Brown | D6/601 |
| 10,206,512 B2 | * | 2/2019 | Kim | A47C 7/34 |
| D845,677 S | * | 4/2019 | Desodt | D6/606 |
| D896,547 S | * | 9/2020 | Huang | D6/601 |
| D898,464 S | * | 10/2020 | Sheikh | D6/605 |
| D917,927 S | * | 5/2021 | Taylor | D6/601 |
| 11,000,130 B1 | * | 5/2021 | Wollschlager | A47C 31/105 |
| D923,969 S | * | 7/2021 | Sheikh | D6/601 |
| D926,494 S | * | 8/2021 | Alletto, Jr. | D6/606 |
| D930,397 S | * | 9/2021 | Mi | D6/601 |
| D938,194 S | * | 12/2021 | Sheikh | D6/605 |
| 2007/0199155 A1 | * | 8/2007 | Thygsen | A47C 31/105 5/699 |
| 2008/0244832 A1 | * | 10/2008 | Kuo | A47C 31/116 5/490 |
| 2015/0000042 A1 | * | 1/2015 | Randall | B68G 15/00 5/655.4 |

(Continued)

*Primary Examiner* — Jennifer L Rempfer

(74) *Attorney, Agent, or Firm* — Dentons Durham Jones Pinegar

(57) **CLAIM**

The ornamental design for a pillow, as shown and described.

**DESCRIPTION**

FIG. **1** is a top perspective view of a new design for a pillow;
FIG. **2** is a top view of the pillow of FIG. **1**;
FIG. **3** is a bottom view of the pillow of FIG. **1**;
FIG. **4** is a first longitudinal side view of the pillow of FIG. **1**;
FIG. **5** is a second longitudinal side view of the pillow of FIG. **1**;
FIG. **6** is a first width side view of the pillow of FIG. **1**; and,
FIG. **7** is a second width side view of the pillow of FIG. **1**.

**1 Claim, 5 Drawing Sheets**



**US D959,176 S**

Page 2

(56)          **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2016/0166092 A1* | 6/2016 | Alletto, Jr. | A47G 9/10 |
| | | | 5/636 |
| 2018/0009977 A1* | 1/2018 | Kim | C08L 91/00 |
| 2018/0140116 A1* | 5/2018 | Werner | A47G 9/0253 |

* cited by examiner

Case 1:24-cv-21362-DPG  Document 1-2  Entered on FLSD Docket 04/11/2024  Page 16 of 41



*FIG. 1*

Case 1:24-cv-21362-DPG Document 1-2 Entered on FLSD Docket 04/11/2024 Page 17 of 41



*FIG. 2*

Case 1:24-cv-21362-DPG Document 1-2 Entered on FLSD Docket 04/11/2024 Page 18 of 41



FIG. 3

Case 1:24-cv-21362-DPG   Document 1-2   Entered on FLSD Docket 04/11/2024   Page 19 of 41



*FIG. 4*



*FIG. 5*

Case 1:24-cv-21362-DPG  Document 1-2  Entered on FLSD Docket 04/11/2024  Page 20 of 41



*FIG. 6*



*FIG. 7*

Case 1:24-cv-21362-DPG Document 1-2 Entered on FLSD Docket 04/11/2024 Page 21 of 41



US00D951670S

(12) **United States Design Patent**    (10) Patent No.:    **US D951,670 S**

Whatcott et al.        (45) Date of Patent:    ** May 17, 2022

(54) **BED**

(71) Applicant: **Purple Innovation, LLC**, Alpine, UT (US)

(72) Inventors: **Russell B. Whatcott**, Eagle Mountain, UT (US); **Dhyey Y. Acharya**, Lehi, UT (US)

(73) Assignee: **Purple Innovation, LLC**, Lehi, UT (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/720,825**

(22) Filed: **Jan. 16, 2020**

(51) **LOC (13) Cl.** .............................................. **06-02**

(52) **U.S. Cl.**
USPC ............................... **D6/382**; D6/596; D6/605

(58) **Field of Classification Search**
USPC ................. D6/382, 383, 392–395, 595–596, D6/604–605
CPC .......... A47C 27/14; C12M 1/12; B29C 45/90; F16F 3/087
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D352,858 | S | * | 11/1994 | Farley | D6/382 |
| D444,550 | S | * | 7/2001 | Cobbs | D23/304 |
| D486,027 | S | * | 2/2004 | Baxter | D6/596 |
| 7,441,758 | B2 | * | 10/2008 | Coffield | B29D 7/01 267/142 |
| D775,864 | S | * | 1/2017 | Bertoncello | D6/605 |
| D799,858 | S | * | 10/2017 | Pearce | D6/605 |
| D840,175 | S | * | 2/2019 | Martin | D6/596 |
| 10,231,511 | B2 | * | 3/2019 | Guyan | A43B 7/32 |
| 10,555,618 | B2 | * | 2/2020 | Pearce | A47C 9/00 |
| D898,464 | S | * | 10/2020 | Sheikh | D6/605 |
| D901,940 | S | * | 11/2020 | Ghodsi | D6/601 |
| 10,863,837 | B2 | * | 12/2020 | Pearce | B68G 7/06 |
| D909,092 | S | * | 2/2021 | Pearce | D6/601 |
| D909,790 | S | * | 2/2021 | Pearce | D6/601 |
| D917,926 | S | * | 5/2021 | Pearce | D6/601 |
| 2013/0043628 | A1 | * | 2/2013 | Pearce | A47C 7/02 267/153 |
| 2013/0269113 | A1 | * | 10/2013 | Wood | A47C 27/062 5/691 |
| 2016/0262561 | A1 | * | 9/2016 | Pearce | A47G 27/0225 |
| 2017/0071360 | A1 | * | 3/2017 | Bhanpurawala | A47C 27/12 |
| 2017/0251825 | A1 | * | 9/2017 | Pearce | A47C 27/14 |
| 2017/0254379 | A1 | * | 9/2017 | Whatcott | F16F 13/06 |
| 2018/0070736 | A1 | * | 3/2018 | Achten | B33Y 10/00 |
| 2019/0152107 | A1 | * | 5/2019 | Whatcott | B29C 45/4005 |
| 2019/0387895 | A1 | * | 12/2019 | Edling | A47C 21/06 |
| 2021/0130761 | A1 | * | 5/2021 | Ferrie | C12M 23/02 |

* cited by examiner

*Primary Examiner* — Vy N Koenig
*Assistant Examiner* — Michelle M Reeves
(74) *Attorney, Agent, or Firm* — Dentons Durham Jones Pinegar

(57) **CLAIM**

The ornamental design for a bed, as shown and described.

**DESCRIPTION**

FIG. **1** is a top perspective view of a new design for a bed;
FIG. **2** is a top view of the bed of FIG. **1**;
FIG. **3** is a bottom view of the bed of FIG. **1**;
FIG. **4** is a first longitudinal side view of the bed of FIG. **1**;
FIG. **5** is a second longitudinal side view of the bed of FIG. **1**;
FIG. **6** is a first width side view of the bed of FIG. **1**;
FIG. **7** is a second width side view of the bed of FIG. **1**; and,
FIG. **8** is a bottom perspective view of the bed of FIG. **1**.

**1 Claim, 5 Drawing Sheets**



Case 1:24-cv-21362-DPG Document 1-2 Entered on FLSD Docket 04/11/2024 Page 22 of 41



FIG. 1

Case 1:24-cv-21362-DPG  Document 1-2  Entered on FLSD Docket 04/11/2024  Page 23 of 41



*FIG. 2*



*FIG. 3*



FIG. 4

FIG. 5

FIG. 6

FIG. 7



*FIG. 8*

US00D917926S

(12) **United States Design Patent**        (10) Patent No.:        **US D917,926 S**
Pearce et al.                                 (45) Date of Patent:    **  May 4, 2021**

(54) **PILLOW**

(71) Applicant: **Purple Innovation, LLC**, Alpine, UT (US)

(72) Inventors: **Tony M. Pearce**, Alpine, UT (US); **Russell Whatcott**, Eagle Mountain, UT (US)

(73) Assignee: **Purple Innovation, LLC**, Lehi, UT (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/676,858**

(22) Filed: **Jan. 15, 2019**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 15/333,486, filed on Oct. 25, 2016.

(51) **LOC (13) Cl.** ............................................. **06-09**

(52) **U.S. Cl.**
USPC ......................................................... **D6/601**

(58) **Field of Classification Search**
USPC .................. D6/582–583, 587–592, 595–609, D6/617–622; D21/803–809; D24/183
CPC ................ A47G 9/00; A47G 2009/001; A47G 2009/002; A47G 2009/003; A47G 9/10; A47G 9/1009; A47G 2009/1018; A47G 9/1045; A47G 9/1081; A47G 9/109
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,958,885 A | * | 11/1960 | Donney | .................. A47L 13/03 |
| | | | | 401/196 |
| 4,369,284 A | | 1/1983 | Chen | |
| 4,603,445 A | * | 8/1986 | Spann | .................. A47C 27/146 |
| | | | | 428/131 |

| | | | | |
|---|---|---|---|---|
| D308,453 S | * | 6/1990 | Elrod | .............................. D6/596 |
| D322,533 S | * | 12/1991 | Hudson | .............................. D6/601 |
| 5,134,735 A | * | 8/1992 | Rose | ................... A47C 27/146 |
| | | | | 5/730 |
| D352,858 S | * | 11/1994 | Farley | .............................. D6/382 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1615771 A | 5/2005 |
| CN | 201097890 Y | 8/2008 |

(Continued)

OTHER PUBLICATIONS

Chinese National Intellectual Property Administration, "First Office Action," Chinese application No. CN201780005390.3, dated Sep. 29, 2019.

(Continued)

*Primary Examiner* — Jennifer L Rempfer
(74) *Attorney, Agent, or Firm* — Dentons Durham Jones Pinegar

(57) **CLAIM**

The ornamental design for a pillow, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a design for a pillow;
FIG. **2** is a first side view of a length of the pillow shown in FIG. **1**;
FIG. **3** is a second side view of a width of the pillow shown in FIG. **1**;
FIG. **4** is a top view of the pillow shown in FIG. **1**;
FIG. **5** is a bottom view of the pillow shown in FIG. **1**; and,
FIG. **6** is a perspective bottom view of the pillow shown in FIG. **1**.
The broken lines illustrate features of the pillow that form no part of the claimed design.

**1 Claim, 5 Drawing Sheets**



# US D917,926 S
Page 2

(56) **References Cited**

## U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D355,322 | S | * | 2/1995 | Ackley .............................. 5/736 |
| D372,158 | S | * | 7/1996 | Bonaddio ........................... 5/636 |
| D375,863 | S | * | 11/1996 | Bigolin ........................... D6/596 |
| 5,749,111 | A | | 5/1998 | Pearce |
| D395,780 | S | * | 7/1998 | Denney ........................... D6/596 |
| D414,976 | S | * | 10/1999 | Su ................................... D6/596 |
| 5,992,106 | A | * | 11/1999 | Carling ................... E01C 5/20 |
| | | | | 52/177 |
| 5,994,450 | A | | 11/1999 | Pearce |
| 6,026,527 | A | | 2/2000 | Pearce |
| 6,108,835 | A | * | 8/2000 | Hwang ............. A47C 27/084 |
| | | | | 5/420 |
| D453,880 | S | * | 2/2002 | Cheynet ........................... D5/47 |
| 6,413,458 | B1 | | 7/2002 | Pearce |
| D517,848 | S | * | 3/2006 | Contreras .................... D6/596 |
| 7,060,213 | B2 | | 6/2006 | Pearce |
| D527,564 | S | * | 9/2006 | Contreras .................... D6/606 |
| 7,964,664 | B2 | | 6/2011 | Pearce |
| D692,674 | S | * | 11/2013 | Clerici ........................... D5/63 |
| D710,116 | S | * | 8/2014 | Blackford ........................ D5/58 |
| 8,793,821 | B2 | * | 8/2014 | Fowkes ................. A47K 3/002 |
| | | | | 4/578.1 |
| 8,919,750 | B2 | | 12/2014 | Pearce et al. |
| 8,932,692 | B2 | | 1/2015 | Pearce |
| D731,820 | S | * | 6/2015 | Lechantre .................... D6/605 |
| 9,051,169 | B2 | | 6/2015 | Pearce et al. |
| 9,265,354 | B2 | * | 2/2016 | Mason .............. A47C 27/148 |
| D758,101 | S | * | 6/2016 | Mason ............................ D6/601 |
| D760,502 | S | * | 7/2016 | Oh .................................. D32/40 |
| D775,864 | S | * | 1/2017 | Bertoncello ................... D6/605 |
| D790,254 | S | * | 6/2017 | Brown ............................ D6/601 |
| D792,127 | S | * | 7/2017 | Roberts .......................... D6/606 |
| D799,858 | S | * | 10/2017 | Desodt ........................... D6/605 |
| D804,856 | S | * | 12/2017 | Desodt ........................... D6/606 |
| D804,869 | S | * | 12/2017 | Desodt ........................... D6/606 |
| 9,907,343 | B2 | * | 3/2018 | Lacey ................. A41D 13/015 |
| D840,724 | S | * | 2/2019 | Dowd ............................. D6/601 |
| 10,206,512 | B2 | * | 2/2019 | Kim ................... A47B 3/10 |
| D845,677 | S | * | 4/2019 | Desodt ........................... D6/606 |
| D846,310 | S | * | 4/2019 | Klobuchar .................... D6/596 |

| | | | | |
|---|---|---|---|---|
| D864,613 | S | * | 10/2019 | Pearce ........................... D6/605 |
| 2002/0078507 | A1 | | 6/2002 | Pearce |
| 2004/0187210 | A1 | | 9/2004 | Hickman |
| 2005/0172410 | A1 | | 8/2005 | Huang |
| 2007/0061978 | A1 | | 3/2007 | Losio |
| 2008/0244832 | A1 | * | 10/2008 | Kuo ...................... A47C 7/021 |
| | | | | 5/638 |
| 2010/0227091 | A1 | | 9/2010 | Pearce |
| 2012/0131752 | A1 | * | 5/2012 | Mason ............. A47C 27/146 |
| | | | | 5/652.1 |
| 2013/0043628 | A1 | | 2/2013 | Pearce et al. |
| 2013/0167302 | A1 | | 7/2013 | Pearce |
| 2014/0259426 | A1 | | 9/2014 | Pearce |
| 2015/0000042 | A1 | | 1/2015 | Randall |
| 2016/0157629 | A1 | * | 6/2016 | Poppe ............... A47C 27/144 |
| | | | | 5/638 |
| 2016/0166092 | A1 | * | 6/2016 | Alletto, Jr. ........... A47G 9/1036 |
| | | | | 5/638 |
| 2017/0020312 | A1 | | 1/2017 | Davis et al. |
| 2018/0140116 | A1 | * | 5/2018 | Werner ............... A47G 9/0253 |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 104433501 A | 3/2015 |
| JP | 2003-61802 A | 3/2003 |
| JP | 2014-533550 A | 12/2014 |
| JP | 2015-139509 A | 8/2015 |
| KR | 20-0315096 | 9/2003 |
| KR | 1020150009457 A | 1/2015 |
| KR | 1020160036199 A | 4/2016 |
| TW | 498549 U | 4/2015 |

## OTHER PUBLICATIONS

Japanese Patent Office, "Reasons for Rejection", for application No. JP2019-514114, dated Jul. 30, 2019.
Taiwanese Office Action and Search Report, Taiwanese Application No. 106132218, May 7, 2018, 24 pages with English translation.
International Search Report and Written Opinion, International Application No. PCT/US2017/052421, Jan. 18, 2018, 11 pages.

* cited by examiner

**U.S. Patent**     May 4, 2021     Sheet 1 of 5     US D917,926 S



FIG. 1



*FIG. 2*



*FIG. 3*



*FIG. 4*

**U.S. Patent**          May 4, 2021          Sheet 4 of 5          US D917,926 S



*FIG. 5*



FIG. 6

US00D909790S

(12) **United States Design Patent** (10) Patent No.: **US D909,790 S**
Pearce et al.                                    (45) Date of Patent: ** **Feb. 9, 2021**

(54) **PILLOW**

(71) Applicant: **Purple Innovation, LLC**, Alpine, UT (US)

(72) Inventors: **Tony M. Pearce**, Alpine, UT (US); **Russell Whatcott**, Eagle Mountain, UT (US)

(73) Assignee: **Purple Innovation, LLC**, Lehi, UT (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/676,872**

(22) Filed: **Jan. 15, 2019**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 15/333,486, filed on Oct. 25, 2016.

(51) **LOC (13) Cl.** ............................................. **06-09**
(52) **U.S. Cl.**
USPC ........................................................ **D6/601**
(58) **Field of Classification Search**
USPC ................. D6/582–583, 587–592, 595–609, D6/617–622; D21/803–809; D24/183
CPC ................ A47G 9/00; A47G 2009/001; A47G 2009/002; A47G 2009/003; A47G 9/10; A47G 9/1009; A47G 2009/1018; A47G 9/1045; A47G 9/1081; A47G 9/109
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 2,958,885 | A | * | 11/1960 | Donney | ................... A47L 13/03 401/196 |
| 4,369,284 | A | | 1/1983 | Chen | |
| 4,603,445 | A | * | 8/1986 | Spann | .................. A47C 27/146 428/131 |
| D308,453 | S | * | 6/1990 | Elrod | .............................. D6/596 |

| | | | | | |
|---|---|---|---|---|---|
| D322,533 | S | * | 12/1991 | Hudson | .......................... D6/601 |
| 5,134,735 | A | * | 8/1992 | Rose | ................... A47C 27/146 5/730 |
| D352,858 | S | * | 11/1994 | Farley | ......................... D6/382 |
| D355,322 | S | * | 2/1995 | Ackley | ............................ 5/736 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1615771 A | 5/2005 |
| CN | 201097890 Y | 8/2008 |

(Continued)

OTHER PUBLICATIONS

Japanese Patent Office, "Reasons for Rejection", for application No. JP2019-514114, dated Jul. 30, 2019.

(Continued)

*Primary Examiner* — Jennifer L Rempfer
(74) *Attorney, Agent, or Firm* — Dentons Durham Jones Pinegar

(57) **CLAIM**

The ornamental design for a pillow, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a design for a pillow;
FIG. **2** is a first side view of a length of the pillow shown in FIG. **1**;
FIG. **3** is a second side view of a width of the pillow shown in FIG. **1**;
FIG. **4** is a top view of the pillow shown in FIG. **1**;
FIG. **5** is a bottom view of the pillow shown in FIG **1**; and,
FIG. **6** is a perspective bottom view of the pillow shown in FIG **1**.
The broken lines in the drawings illustrate features that form no part of the claimed design.

**1 Claim, 5 Drawing Sheets**



# US D909,790 S
Page 2

## (56)   References Cited

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D372,158 | S | * | 7/1996 | Bonaddio ........................ 5/636 |
| D375,863 | S | * | 11/1996 | Bigolin .......................... D6/596 |
| 5,749,111 | A | | 5/1998 | Pearce |
| D395,780 | S | * | 7/1998 | Denney ......................... D6/596 |
| D414,976 | S | * | 10/1999 | Su ................................. D6/596 |
| 5,992,106 | A | * | 11/1999 | Carling ................... E01C 5/20 52/177 |
| 5,994,450 | A | | 11/1999 | Pearce |
| 6,026,527 | A | | 2/2000 | Pearce |
| 6,108,835 | A | * | 8/2000 | Hwang ............... A47C 27/084 5/420 |
| D453,880 | S | * | 2/2002 | Cheynet ........................ D5/47 |
| 6,413,458 | B1 | | 7/2002 | Pearce |
| D517,848 | S | * | 3/2006 | Contreras ..................... D6/596 |
| 7,060,213 | B2 | | 6/2006 | Pearce |
| D527,564 | S | * | 9/2006 | Contreras ..................... D6/606 |
| 7,964,664 | B2 | | 6/2011 | Pearce |
| D692,674 | S | * | 11/2013 | Clerici .......................... D5/63 |
| D710,116 | S | * | 8/2014 | Blackford ...................... D5/58 |
| 8,793,821 | B2 | * | 8/2014 | Fowkes ................. A47K 3/002 4/578.1 |
| 8,919,750 | B2 | | 12/2014 | Pearce et al. |
| 8,932,692 | B2 | | 1/2015 | Pearce |
| D731,820 | S | * | 6/2015 | Lechantre ..................... D6/605 |
| 9,051,169 | B2 | | 6/2015 | Pearce et al. |
| 9,265,354 | B2 | * | 2/2016 | Mason ................. A47C 27/148 |
| D758,101 | S | * | 6/2016 | Mason .......................... D6/601 |
| D760,502 | S | * | 7/2016 | Oh ............................... D32/40 |
| D775,864 | S | * | 1/2017 | Bertoncello .................. D6/605 |
| D790,254 | S | * | 6/2017 | Brown ........................... D6/601 |
| D792,127 | S | * | 7/2017 | Roberts ......................... D6/606 |
| D799,858 | S | * | 10/2017 | Pearce .......................... D6/605 |
| D804,856 | S | * | 12/2017 | Desodt ......................... D6/606 |
| D804,859 | S | * | 12/2017 | Desodt ......................... D6/606 |
| 9,907,343 | B2 | * | 3/2018 | Lacey ................. A41D 13/015 |
| D840,724 | S | * | 2/2019 | Dowd ............................ D6/601 |
| 10,206,512 | B2 | * | 2/2019 | Kim ..................... A47B 3/10 |
| D845,677 | S | * | 4/2019 | Desodt ......................... D6/606 |
| D846,310 | S | * | 4/2019 | Klobuchar ..................... D6/596 |
| D864,613 | S | * | 10/2019 | Pearce .......................... D6/605 |

| | | | | |
|---|---|---|---|---|
| 2002/0078507 | A1 | | 6/2002 | Pearce |
| 2004/0187210 | A1 | | 9/2004 | Hickman |
| 2005/0172410 | A1 | | 8/2005 | Huang |
| 2007/0061978 | A1 | | 3/2007 | Losio |
| 2008/0244832 | A1 | * | 10/2008 | Kuo ....................... A47C 7/021 5/638 |
| 2010/0227091 | A1 | | 9/2010 | Pearce |
| 2012/0131752 | A1 | * | 5/2012 | Mason ............... A47C 27/146 5/652.1 |
| 2013/0043628 | A1 | | 2/2013 | Pearce et al. |
| 2013/0167302 | A1 | | 7/2013 | Pearce |
| 2014/0259426 | A1 | | 9/2014 | Pearce |
| 2015/0000042 | A1 | | 1/2015 | Randall |
| 2016/0157629 | A1 | * | 6/2016 | Poppe ................. A47C 27/144 5/638 |
| 2016/0166092 | A1 | * | 6/2016 | Alletto, Jr. ........ A47G 9/1036 5/638 |
| 2017/0020312 | A1 | | 1/2017 | Davis et al. |
| 2018/0140116 | A1 | * | 5/2018 | Werner ................. A47G 9/0253 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 104433501 A | 3/2015 |
| JP | 2003-61802 A | 3/2003 |
| JP | 2014-533550 A | 12/2014 |
| JP | 2015-139509 A | 8/2015 |
| KR | 20-0315096 | 9/2003 |
| KR | 1020150009457 A | 1/2015 |
| KR | 1020160036199 A | 4/2016 |
| TW | 498549 U | 4/2015 |

### OTHER PUBLICATIONS

Taiwanese Office Action and Search Report, Taiwanese Application No. 106132218, May 7, 2018, 24 pages with English translation.
International Search Report and Written Opinion, International Application No. PCT/US2017/052421, dated Jan. 18, 2018, 11 pages, dated Mar. 22, 2020.
Chinese National Intellectual Property Administration, "First Office Action," Chinese application No. CN201780005390.3, dated Sep. 29, 2019.

* cited by examiner



*FIG. 1*



*FIG. 2*



*FIG. 3*



*FIG. 4*



**FIG. 5**



FIG. 6

US00D909092S

(12) **United States Design Patent** (10) Patent No.: **US D909,092 S**
Pearce et al. (45) Date of Patent: ** Feb. 2, 2021

(54) **PILLOW**

(71) Applicant: **Purple Innovation, LLC**, Alpine, UT (US)

(72) Inventors: **Tony M. Pearce**, Alpine, UT (US); **Russell Whatcott**, Eagle Mountain, UT (US)

(73) Assignee: **Purple Innovation, LLC**, Lehi, UT (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/676,862**

(22) Filed: **Jan. 15, 2019**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 15/333,486, filed on Oct. 25, 2016, now Pat. No. 10,772,445.

(51) **LOC (13) Cl.** ............................................. **06-09**
(52) **U.S. Cl.**
USPC ......................................................... **D6/601**
(58) **Field of Classification Search**
USPC ................. D6/582–583, 587–592, 595–609, D6/617–622; D21/803–809; D24/183
CPC ............... A47G 9/00; A47G 2009/001; A47G 2009/002; A47G 2009/003; A47G 9/10; A47G 9/1009; A47G 2009/1018; A47G 9/1045; A47G 9/1081; A47G 9/109
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,958,885 | A | * 11/1960 | Donney | .................. A47L 13/03 |
| | | | | 401/196 |
| 4,369,284 | A | 1/1983 | Chen | |
| 4,603,445 | A | * 8/1986 | Spann | .................. A47C 27/146 |
| | | | | 428/131 |
| D308,453 | S | * 6/1990 | Elrod | ............................. D6/596 |

| | | | | |
|---|---|---|---|---|
| D322,533 | S | * 12/1991 | Hudson | .......................... D6/601 |
| 5,134,735 | A | * 8/1992 | Rose | .................... A47C 27/146 |
| | | | | 5/730 |
| D352,858 | S | * 11/1994 | Farley | ........................... D6/382 |
| D355,322 | S | * 2/1995 | Ackley | ............................. 5/736 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1615771 A | 5/2005 |
| CN | 201097890 Y | 8/2008 |

(Continued)

OTHER PUBLICATIONS

Japanese Patent Office, "Reasons for Rejection", for application No. JP2019-514114, dated Jul. 30, 2019.

(Continued)

*Primary Examiner* — Jennifer L Rempfer
(74) *Attorney, Agent, or Firm* — Dentons Durham Jones Pinegar

(57) **CLAIM**

The ornamental design for a pillow, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a design for a pillow;
FIG. **2** is a first side view of a length of the pillow shown in FIG. **1**;
FIG. **3** is a second side view of a width of the pillow shown in FIG. **1**;
FIG. **4** is a top view of the pillow shown in FIG. **1**;
FIG. **5** is a bottom view of the pillow shown in FIG. **1**; and, FIG. **6** is a perspective bottom view of the pillow shown in FIG. **1**.
The broken lines in the drawings illustrate features that form no part of the claimed design.

**1 Claim, 5 Drawing Sheets**

