# Exhibit 3

# Schedule A

(to be filed under seal)