## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-21362

| | |
|---|---|
| PURPLE INNOVATION, LLC,<br><br>                          Plaintiff,<br>   v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>                         Defendants. | |

## **CERTIFICATION OF MICHAEL D. PEGUES**

Michael D. Pegues, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of State Bar of Texas, Northern District of Texas, Southern District of Texas, Eastern District of Texas, and Western District of Texas, Texas Bar Number 15730600; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

/s/ *Michael D. Pegues*
Michael D. Pegues

-Solo Page-

95815126.1