UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-21362

PURPLE INNOVATION, LLC,

                            Plaintiff,

  v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

                            Defendants.

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Melenie Van of the law firm of Polsinelli 2049 Century Park East, Suite 2900, Los Angeles, CA 90067, Telephone: (310) 556-1801 for purposes of appearance as co-counsel on behalf of Defendant Henson Holdings, LLC d/b/a SelectSoma in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Melenie Van to receive electronic filings in this case, and in support thereof states as follows:

1

95792879.2

1. Melenie Van is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of California, Northern District of California and Central District of California.

2. Movant, Nardo Dorsin Esquire, of the law firm of Polsinelli, PC, 315 S. Biscayne Blvd., Suite 400, Miami, FL 33131, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Melenie Van has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Melenie Van, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Melenie Van at email address: MVans@polsinelli.com.

WHEREFORE, Nardo Dorsin moves this Court to enter an Order allowing Melenie Van, to appear before this Court on behalf of Defendant Henson Holdings, LLC d/b/a SelectSoma, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Melenie Van.

Dated:  July 3, 2024

                                    Respectfully submitted,

                                    */s/ Nardo Dorsin*
Nardo Dorsin
Florida Bar Number 126301
**POLSINELLI PC**
315 S. Biscayne Blvd., Suite 400
Miami, FL  33131
Telephone:   (305) 921-1811
Facsimile:    (305) 921-1801
ndorsin@polsinelli.com

Michael D. Pegues (Pro *Hac Vice pending*)
**POLSINELLI PC**
2950 N. Harwood, Suite 2100
Dallas, Texas 75201
Telephone:  (214) 397-0030
MPegues@polsinelli.com

Melenie Van (Pro *Hac Vice pending*)
**POLSINELLI LLP**
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:  (310) 556-1801
mvan@polsinelli.com

*Counsel for Defendant Henson Holdings, LLC d/b/a SelectSoma*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2024, a true and correct copy of the foregoing was filed and served on the following:

Rossana Baeza
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
rbaeza@bsfllp.com
*Attorneys for Plaintiff*

*/s/ Nardo Dorsin*
Nardo Dorsin

4

95792879.2