# EXHIBIT D

---------- Forwarded message ---------
From: **Purple innovation** <purpleinnovation-bp@redpoints.com>
Date: Wed, Mar 15, 2023 at 3:53 AM
Subject: Re: Fwd: Notice: Policy Warning [ ref:_00D0YYcSO._500Jv4cQop:ref ]
To: selectsoma@gmail.com <selectsoma@gmail.com>

Hi,

Please find in attached file the communication confirming the reinstatement of your content. If you encounter any difficulties related to this case, please contact the platform for further assistance in this regard.

We thank you for your cooperation.

Regards.

**RED POINTS SOLUTIONS**
**Online Brand Protection Division**
purpleinnovation-bp@redpoints.com
www.redpoints.com

This message and its attached files are confidential. It is intended solely for the addressee or addressees. If you are not the intended recipient, any use, treatment, disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and is unlawful. If you have received this message in error, please destroy it and notify to info@redpoints.com. Thank you.

--------------- Original Message ---------------
**From:** Heather Henson [selectsoma@gmail.com]
**Sent:** 14/03/2023 17:19
**To:** purpleinnovation-bp@redpoints.com
**Subject:** Re: Fwd: Notice: Policy Warning [ ref:_00D0YYcSO._500Jv4cQop:ref ]

Hello

Amazon is strict about their policy and they will only accept redaction from you directly. As such, we kindly request that you follow the steps Amazon has provided to retract your complaint in their platform:

Marketplace where the complaint was filed: Amazon CA marketplace
Canada ASIN: B08P3TRZS5

Complaint ID: 12154809151

1

1. Login to your Brand Registry Account and make sure to use the login details where you originally filed your Violation or Infringement Report complaint
2. Once logged in, go to Monitor drop down and click 'Submission History' from the homepage of your Brand Registry account
3. On this Submission History page, find the Complaint you want to retract using the Complaint ID and click the 'Open Details'
4. On the Complaint Details page, click 'Retract a Complaint' located on the lower right side of the page
5. On the Retract a Complaint page, check the boxes of the Sellers, Listings, or Content reported before clicking the Next
6. On the next page, just select the reason of retraction, you can also just select Other if the first and second option isn't applicable
7. On the next and final page, just check the Acknowledgment and click Submit
8. Retraction is submitted, it may take up to 24 hours for the status of your complaint to be updated.

We appreciate your cooperation and understanding in this matter, and we hope that you can retract the complaint as soon as possible to speed up the process.
Thank you for your time and attention in this matter.
Sincerely,
Heather Henson
Owner - SelectSoma


On Mon, Mar 13, 2023 at 11:15?AM Purple innovation <purpleinnovation-bp@redpoints.com> wrote:

Hi,

Upon further revision of your case, please be informed that our client Purple Innovation (https://purple.com/) has instructed us to retract the complaint in question; therefore, please be informed that we have submitted a withdrawal request in this regard. You might wish to contact the platform directly for additional support.

Should you need any further information, please do not hesitate to contact us.

We thank you for your cooperation.

Regards,

**RED POINTS SOLUTIONS**
**Online Brand Protection Division**
purpleinnovation-bp@redpoints.com
www.redpoints.com

This message and its attached files are confidential. It is intended solely for the addressee or addressees. If you are not the intended recipient, any use, treatment, disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and is unlawful. If you have received this message in error, please destroy it and notify to info@redpoints.com. Thank you.


--------------- Original Message ---------------
**From:** Heather Henson [selectsoma@gmail.com]
**Sent:** 10/03/2023 14:14
**To:** purpleinnovation-bp@redpoints.com
**Subject:** Re: Fwd: Notice: Policy Warning [ ref:_00D0YYcSO._500Jv4cQop:ref ]

2

Hello,

This has caused all my inventory for my blue cushions in the US to be held in reserve and I have not been able to sell any since the start of this which is costing be about $2-3k in lost revenue per day.  I would really appreciate it if you could get this resolved ASAP and retract this complaint to free up this inventory.   The Canadian listings inventory was coming from the US stock so because of this I have not been able to sell in the US which is a breech of the ▓▓▓▓▓▓ ▓▓▓▓▓▓▓ in the US that I sent to you.  If this is not resolved today I will have my attorney contact you since you have now caused a breech in the ▓▓▓▓▓▓.

Kind Regards,

Heather Henson

On Thu, Mar 9, 2023 at 2:53?AM Purple innovation <purpleinnovation-bp@redpoints.com> wrote:

Hi,

Please note that our client has been informed about this matter and that we will come back to you as soon as we receive a response from their side.

In the meantime, we remain available for anything else you may need.

Regards,

**RED POINTS SOLUTIONS**
**Online Brand Protection Division**
purpleinnovation-bp@redpoints.com
www.redpoints.com

This message and its attached files are confidential. It is intended solely for the addressee or addressees. If you are not the intended recipient, any use, treatment, disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and is unlawful. If you have received this message in error, please destroy it and notify to info@redpoints.com. Thank you.

--------------- Original Message ---------------
**From:** Heather Henson [selectsoma@gmail.com]
**Sent:** 8/03/2023 13:57
**To:** purpleinnovation-bp@redpoints.com
**Subject:** Re: Fwd: Notice: Policy Warning [ ref:_00D0YYcSO._500Jv4cQop:ref ]

Attached is the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. - they know my products are my own brand

On Wed, Mar 8, 2023 at 6:55?AM Heather Henson <selectsoma@gmail.com> wrote:

Hello,

Why do I have to send you an invoice of my own branded products?  These are products I have purchased that even have my own mold and are branded with my own brand name - SelectSoma.  Purple Innovation knows specifically

3

who I am. I will have my attorney reach out to you if you do not retract this violation. My products do not violate anything.

Kind Regards,

Heather

On Wed, Mar 8, 2023 at 4:15?AM Purple innovation <purpleinnovation-bp@redpoints.com> wrote:

Hi,

Thank you for your message.

In order to go further with your claim our client needs a valid proof of the authenticity of the reported product/s (e.g. invoice of the purchase, license agreement, reference No., etc.).

In the meantime, we remain available for anything else you may need.

We thank you for your cooperation.

Regards,

**RED POINTS SOLUTIONS**
**Online Brand Protection Division**
purpleinnovation-bp@redpoints.com
www.redpoints.com

This message and its attached files are confidential. It is intended solely for the addressee or addressees. If you are not the intended recipient, any use, treatment, disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and is unlawful. If you have received this message in error, please destroy it and notify to info@redpoints.com. Thank you.

--------------- Original Message ---------------
**From:** purpleinnovation [purpleinnovation-bp@redpoints.com]
**Sent:** 7/03/2023 17:26
**To:** selectsoma@gmail.com
**Subject:** Fwd: Notice: Policy Warning

Hi,

We have been informed that you have submitted a counter-notice regarding an Intellectual Property report submitted by Red Points on behalf of our client Purple Innovation. For reference, your case ID is 03956354.

Please be informed that Red Points only acts upon instructions of our clients to act as their authorized agents to request the enforcement of their intellectual property rights against alleged online infringements worldwide, upon their previous notification and validation.

If you are confident that the complaint was submitted in error, please fill in the following form and we will look into it shortly: https://redpoints.secure.force.com/contactform?Id=500Jv000004cQop . Kindly note that if you do not submit the form, our client will not be able to assist you further with this request.

We thank you for your cooperation.

Regards.

**RED POINTS SOLUTIONS**

4

**Online Brand Protection Division**
purpleinnovation-bp@redpoints.com
www.redpoints.com

This message and its attached files are confidential. It is intended solely for the addressee or addressees. If you are not the intended recipient, any use, treatment, disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and is unlawful. If you have received this message in error, please destroy it and notify to info@redpoints.com. Thank you.

ref:_00D0YYcSO._500Jv4cQop:ref

---

This electronic mail message contains CONFIDENTIAL information which is (a) ATTORNEY - CLIENT PRIVILEGED COMMUNICATION, WORK PRODUCT, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not an Addressee, or the person responsible for delivering this to an Addressee, you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please reply to the sender and take the steps necessary to delete the message completely from your computer system.

5