# EXHIBIT E

US00D917927S

(12) **United States Design Patent** (10) Patent No.: **US D917,927 S**

Taylor et al. (45) Date of Patent: ** May 4, 2021

(54) **CUSHION WITH OFFSET CELLS**

(71) Applicant: **Purple Innovation, LLC**, Alpine, UT (US)

(72) Inventors: **Robert Wayne Taylor**, Highland, UT (US); **Jon Wandvik**, Highland, UT (US)

(73) Assignee: **Purple Innovation, LLC**, Lehi, UT (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/694,851**

(22) Filed: **Jun. 13, 2019**

(51) LOC (13) Cl. .............................................. **06-09**

(52) **U.S. Cl.**
USPC ........................................................ **D6/601**

(58) **Field of Classification Search**
USPC .................. D6/582–583, 587–592, 595–609,
D6/617–622; D21/803–809; D24/183
CPC ................ A47G 9/00; A47G 2009/001; A47G
2009/002; A47G 2009/003; A47G 9/10;
A47G 9/1009; A47G 2009/1018; A47G
9/1045; A47G 9/1081; A47G 9/109
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 2,958,885 | A | * | 11/1960 | Donney | A47L 13/03 401/196 |
| D227,004 | S | * | 5/1973 | Roy et al. | D9/427 |
| 3,775,526 | A | * | 11/1973 | Gilmore | B29C 44/5663 264/156 |
| 4,035,217 | A | * | 7/1977 | Kennette | A61F 13/15642 156/279 |
| D270,012 | S | * | 8/1983 | Stocker | D5/51 |
| D364,040 | S | * | 11/1995 | Suskind | D5/1 |
| D382,354 | S | * | 8/1997 | Engberg | D25/157 |
| D389,152 | S | * | 1/1998 | Kurihara | D14/215 |
| 5,749,111 | A | * | 5/1998 | Pearce | C08L 51/006 5/654 |
| D395,780 | S | * | 7/1998 | Denney | D6/596 |
| D402,436 | S | * | 12/1998 | Cawley | D1/129 |
| D412,422 | S | * | 8/1999 | Cobb | D6/608 |
| D414,281 | S | * | 9/1999 | Sassenberg | D25/152 |
| 6,446,289 | B1 | * | 9/2002 | Su | A47C 27/084 5/420 |
| D463,745 | S | * | 10/2002 | Hausen | D9/456 |
| D475,856 | S | * | 6/2003 | Karul | D5/53 |
| D582,618 | S | * | 12/2008 | Caruso | D32/40 |
| 7,666,341 | B2 | * | 2/2010 | Pearce | B29C 45/27 264/328.11 |
| D622,965 | S | * | 9/2010 | Bridges | D5/53 |

(Continued)

*Primary Examiner* — Jennifer L Rempfer

(74) *Attorney, Agent, or Firm* — Dentons Durham Jones Pinegar

(57) **CLAIM**

The ornamental design for a cushion with offset cells, as shown and described.

**DESCRIPTION**

FIG. **1** is a top perspective view of a cushion with offset cells;

FIG. **2** is a top view of the cushion of FIG. **1** with the offset cells;

FIG. **3** is a bottom view of the cushion of FIG. **1** with the offset cells;

FIG. **4** is a first longitudinal side view of the cushion of FIG. **1**;

FIG. **5** is a second longitudinal side view of the cushion of FIG. **1**;

FIG. **6** is a first transverse side view of the cushion of FIG. **1**; and,

FIG. **7** is a second transverse side view of the cushion of FIG. **1**.

**1 Claim, 4 Drawing Sheets**



**US D917,927 S**

Page 2

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D629,636 | S | * | 12/2010 | Wright .............. A47G 27/0225 |
| | | | | D6/582 |
| D649,144 | S | * | 11/2011 | Fathollahi ................... D14/250 |
| D679,533 | S | * | 4/2013 | Stoddard ....................... D6/592 |
| 8,434,748 | B1 | * | 5/2013 | Pearce ..................... A47C 27/20 |
| | | | | 267/142 |
| D703,398 | S | * | 4/2014 | Nixon ........................ D32/29.1 |
| D713,654 | S | * | 9/2014 | Robbins, III ................. D6/582 |
| 8,919,750 | B2 | * | 12/2014 | Pearce ...................... A47C 7/02 |
| | | | | 267/153 |
| 8,932,692 | B2 | * | 1/2015 | Pearce ................... B32B 27/283 |
| | | | | 428/36.1 |
| D727,820 | S | * | 4/2015 | Wegener ...................... D12/203 |
| D729,550 | S | * | 5/2015 | Williams ..................... D6/675 |
| D747,066 | S | * | 1/2016 | Roetheli ...................... D1/106 |
| D776,036 | S | * | 1/2017 | Lu ................................ D12/203 |
| D814,053 | S | * | 3/2018 | Darrow ...................... D25/109 |
| D840,724 | S | * | 2/2019 | Dowd ........................... D6/601 |
| D844,621 | S | * | 4/2019 | Chen ......................... D14/440 |
| D845,031 | S | * | 4/2019 | Huang ......................... D6/586 |
| D878,694 | S | * | 3/2020 | Carlson ...................... D32/40 |
| 10,575,498 | B2 | * | 3/2020 | Roetheli .............. A01K 15/025 |
| D885,085 | S | * | 5/2020 | Dowd ........................... D6/601 |
| D903,377 | S | * | 12/2020 | Yin ............................. D6/601 |
| 2011/0064911 | A1 | * | 3/2011 | Kuo .................... A43B 13/187 |
| | | | | 428/131 |
| 2012/0005821 | A1 | * | 1/2012 | Fowkes .................. A47K 3/002 |
| | | | | 4/581 |
| 2012/0048487 | A1 | * | 3/2012 | Brewster ................. B32B 23/08 |
| | | | | 160/368.1 |
| 2015/0108799 | A1 | * | 4/2015 | Jones ................... B60N 2/6027 |
| | | | | 297/219.1 |
| 2015/0190981 | A1 | * | 7/2015 | Levit ........................ B32B 3/12 |
| | | | | 428/116 |
| 2018/0009977 | A1 | * | 1/2018 | Kim ..................... C08L 91/00 |
| 2020/0198500 | A1 | * | 6/2020 | Woo ....................... B60N 2/919 |

* cited by examiner



*FIG. 1*



**FIG. 2**

**U.S. Patent**          May 4, 2021          Sheet 3 of 4          US D917,927 S



*FIG. 3*

U.S. Patent     May 4, 2021     Sheet 4 of 4     US D917,927 S



FIG. 4     FIG. 5     FIG. 6     FIG. 7

US00D917206S

(12) **United States Design Patent** (10) Patent No.: **US D917,206 S**
Taylor et al. (45) Date of Patent: ** **Apr. 27, 2021**

(54) **CUSHION WITH OFFSET CELLS**

(71) Applicant: **Purple Innovation, LLC**, Alpine, UT (US)

(72) Inventors: **Robert Wayne Taylor**, Highland, UT (US); **Jon Wandvik**, Highland, UT (US)

(73) Assignee: **Purple Innovation, LLC**, Lehi, UT (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/694,846**

(22) Filed: **Jun. 13, 2019**

(51) LOC (13) Cl. ............................................. **06-09**

(52) **U.S. Cl.**
USPC ......................................................... **D6/601**

(58) **Field of Classification Search**
USPC ................. D6/582–583, 587–592, 595–609, D6/617–622; D21/803–809; D24/183
CPC ............... A47G 9/00; A47G 2009/001; A47G 2009/002; A47G 2009/003; A47G 9/10; A47G 9/1009; A47G 2009/1018; A47G 9/1045; A47G 9/1081; A47G 9/109
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,958,885 A | * | 11/1960 | Donney | A47L 13/03 |
| | | | | 401/196 |
| D227,004 S | * | 5/1973 | Roy et al. | D9/427 |
| 3,775,526 A | * | 11/1973 | Gilmore | B29C 44/5663 |
| | | | | 264/156 |
| 4,035,217 A | * | 7/1977 | Kennette | A61F 13/15642 |
| | | | | 156/279 |
| D270,012 S | * | 8/1983 | Stocker | D5/51 |
| D364,040 S | * | 11/1995 | Suskind | D5/1 |
| D382,354 S | * | 8/1997 | Engberg | D25/157 |
| D389,152 S | * | 1/1998 | Kurihara | D14/215 |
| 5,749,111 A | * | 5/1998 | Pearce | C08L 51/006 |
| | | | | 5/654 |
| D395,780 S | * | 7/1998 | Denney | D6/596 |
| D402,436 S | * | 12/1998 | Cawley | D1/129 |
| D412,422 S | * | 8/1999 | Cobb | D6/608 |
| D414,281 S | * | 9/1999 | Sassenberg | D25/152 |
| 6,446,289 B1 | * | 9/2002 | Su | A47C 27/084 |
| | | | | 5/420 |
| D463,745 S | * | 10/2002 | Hausen | D9/456 |
| D475,856 S | * | 6/2003 | Karul | D5/53 |
| D582,618 S | * | 12/2008 | Caruso | D32/40 |
| 7,666,341 B2 | * | 2/2010 | Pearce | B29C 45/27 |
| | | | | 264/328.11 |
| D622,965 S | * | 9/2010 | Bridges | D5/53 |

(Continued)

*Primary Examiner* — Jennifer L Rempfer

(74) *Attorney, Agent, or Firm* — Dentons Durham Jones Pinegar

(57) **CLAIM**

The ornamental design for a cushion with offset cells, as shown and described.

**DESCRIPTION**

FIG. **1** is a top perspective view of a cushion with offset cells;

FIG. **2** is a top view of the cushion of FIG. **1** with the offset cells;

FIG. **3** is a bottom view of the cushion of FIG. **1** with the offset cells;

FIG. **4** is a first longitudinal side view of the cushion of FIG. **1**;

FIG. **5** is a second longitudinal side view of the cushion of FIG. **1**;

FIG. **6** is a first transverse side view of the cushion of FIG. **1**; and,

FIG. **7** is a second transverse side view of the cushion of FIG. **1**.

**1 Claim, 4 Drawing Sheets**



**US D917,206 S**

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D629,636 S | * | 12/2010 | Wright | .............. | A47G 27/0225 |
| | | | | | D6/582 |
| D649,144 S | * | 11/2011 | Fathollahi | .................... | D14/250 |
| D679,533 S | * | 4/2013 | Stoddard | ...................... | D6/592 |
| 8,434,748 B1 | * | 5/2013 | Pearce | .................... | A47C 27/20 |
| | | | | | 267/142 |
| D703,398 S | * | 4/2014 | Nixon | ....................... | D32/29.1 |
| D713,654 S | * | 9/2014 | Robbins, III | ................. | D6/582 |
| 8,919,750 B2 | * | 12/2014 | Pearce | .................... | A47C 7/02 |
| | | | | | 267/153 |
| 8,932,692 B2 | * | 1/2015 | Pearce | .................. | B32B 27/283 |
| | | | | | 428/36.1 |
| D727,820 S | * | 4/2015 | Wegener | ....................... | D12/203 |
| D729,550 S | * | 5/2015 | Williams | ...................... | D6/675 |
| D747,066 S | * | 1/2016 | Roetheli | ....................... | D1/106 |
| D776,036 S | * | 1/2017 | Lu | ............................ | D12/203 |
| D814,053 S | * | 3/2018 | Darrow | ......................... | D25/109 |

| | | | | | |
|---|---|---|---|---|---|
| D840,724 S | * | 2/2019 | Dowd | ............................ | D6/601 |
| D844,621 S | * | 4/2019 | Chen | ............................ | D14/440 |
| D845,031 S | * | 4/2019 | Huang | ............................ | D6/586 |
| D878,694 S | * | 3/2020 | Carlson | ....................... | D32/40 |
| 10,575,498 B2 | * | 3/2020 | Roetheli | ............. | A01K 15/025 |
| D885,085 S | * | 5/2020 | Dowd | ............................ | D6/601 |
| D903,377 S | * | 12/2020 | Yin | ............................ | D6/601 |
| 2011/0064911 A1 | * | 3/2011 | Kuo | ...................... | A43B 13/187 |
| | | | | | 428/131 |
| 2012/0005821 A1 | * | 1/2012 | Fowkes | ................... | A47K 3/002 |
| | | | | | 4/581 |
| 2012/0048487 A1 | * | 3/2012 | Brewster | ................. | B32B 23/08 |
| | | | | | 160/368.1 |
| 2015/0108799 A1 | * | 4/2015 | Jones | ................... | B60N 2/6027 |
| | | | | | 297/219.1 |
| 2015/0190981 A1 | * | 7/2015 | Levit | ......................... | B32B 3/12 |
| | | | | | 428/116 |
| 2018/0009977 A1 | * | 1/2018 | Kim | ...................... | C08L 91/00 |
| 2020/0198500 A1 | * | 6/2020 | Woo | ...................... | B60N 2/919 |

* cited by examiner



*FIG. 1*



**FIG. 2**



*FIG. 3*



FIG. 4          FIG. 5          FIG. 6          FIG. 7