**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 24-cv-21362**

PURPLE INNOVATION, LLC,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.

_____/

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

This Court, upon consideration of Defendant Henson Holdings, LLC d/b/a SelectSoma's ("Defendant" or "SelectSoma") Motion to Dismiss Purple Innovation, LLC's ("Purple") patent infringement claims against SelectSoma with prejudice,

IT IS THEREFORE ORDERED THAT:

SelectSoma's Motion to Dismiss is GRANTED:

THEREFORE, Purple's patent infringement claims against SelectSoma are DISMISSED WITH PREJUDICE; and

FURTHERMORE, SelectSoma is entitled to its reasonable attorneys' fees and costs pursuant to section 10 of the December 8, 2022 Settlement Agreement between SelectSoma and Purple and it shall file a motion for attorneys' fees and costs and detail the attorneys' fees and costs it has incurred related to this litigation.

IT IS SO ORDERED this \_\_\_\_\_ day of _____, 2024.

                                                    _____
                                                    Judge Darrin P. Gayles
                                                    United States District Judge