UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-21362

PURPLE INNOVATION, LLC,

  Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDNETIFIED ON SCHEDULE A,

  Defendants.               /

## JOINT SCHEDULING REPORT

Plaintiff Purple Innovation, LLC, through counsel, and Defendant Henson Holdings, LLC d/b/a SelectSoma's ("Defendant" or "SelectSoma") (together, "the Parties") submit this Joint Scheduling Report under Federal Rule of Civil Procedure 26(f), Local Rule 16.1(b)(1), and the Court's July 31, 2024 Order [ECF No. 56]. The Parties conferred in good faith and report as follows:

**A.    Likelihood of Settlement**

The Parties are willing to engage in settlement negotiations and view the likelihood of settlement as moderate.

**B.    Likelihood of appearance in the action of additional parties**

The Parties do not currently anticipate adding additional parties to this litigation.

**C.    Proposed limits on the time: to join other parties and to amend the pleadings; to file and hear motions; and to complete discovery**

*See* Proposed Joint Scheduling Order, filed concurrently. The Parties believe that this case should be placed on the "Standard Track" as described in Local Rule 16.1(a)(2)(B). If any claims

remain after the Court's decision on Defendant's motion to dismiss, the schedule set forth in the Proposed Joint Scheduling Order will commence.

**D.     Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial summary judgment**

At this time, the Parties have no specific proposals for the formulation and simplification of issues; though, the Parties agree to continue to work in good faith to simplify all issues, claims and defenses through discovery.

**E.     The necessity or desirability of amendments to the pleadings**

It may be necessary to amend the pleadings and the Parties have proposed a deadline to do so in the Proposed Joint Scheduling Order, with the understanding that the Parties must still seek leave to amend to the extent required under the Federal Rules of Civil Procedure.

**F.     The possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents and the need for advance rulings from the Court on the admissibility of evidence**

The Parties believe it is premature to offer specific proposals, other than for the preservation of all relevant information as prescribe by the Federal Rules.  The Parties are prepared to work in good faith in discovery to employ available discovery mechanisms to minimize the burdens on the Parties and the Court during and after the discovery period.  The Parties believe that an appropriate electronically stored information (ESI) order is necessary along with a protective order. The Parties will work together to agree upon the proper language for both an ESI Order and a Protective Order.

**G.     Suggestions for the avoidance of unnecessary proof and of cumulative evidence**

The Parties will pursue an efficient litigation process in preparing this matter for dispositive motions and trial. They agree to explore stipulations regarding the authenticity and admissibility of documents, as well as undisputed facts, to narrow the issues for trial.

    **H.**    **Suggestions on the advisability of referring matters to a Magistrate Judge or master**

At this time, the Parties do not agree to the referral of any matters to a Magistrate Judge or Master. The Parties reserve their rights to appeal to the District Court any matters not referred by agreement.

    **I.**    **A preliminary estimate of the time required for trial**

The Parties believe that a three-day trial is appropriate given the current status of the case. Should additional claims or defenses come to light during discovery, the Parties reserve the right to amend this estimate.

    **J.**    **Requested date or dates for conferences before trial, a final pretrial conference, and trial**

The Parties' Proposed Joint Scheduling Order includes proposed dates for conferences, the final pretrial conference, and trial. Because of the pendency of the motion to dismiss, the parties have proposed deadlines that would follow from a ruling on the motion to dismiss.

    **K.**    **Any issues about: (i) disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced; (ii) claims or privilege or of protection as trial-preparation materials, including –if the parties agree on a procedure to assert those claims after production –whether to ask the court to including their agreement in an order under Fed. R. Evid. 502; and (iii) when the parties have agreed to use the ESI Checklist available on the Court's website (www.flsd.uscourts.gov), matters enumerated on the ESI Checklist**

The Parties will confer with one another on these subjects in an effort to resolve them without involving the Court. The Parties do not anticipate departing from the Federal or Local Rules on discovery.

    **L.**    **Any other information that might be helpful to the Court in setting the case for status or pretrial conference**

The Parties do not believe there is any additional information to disclose at this time.

By:    BOIES SCHILLER FLEXNER LLP    POLSINELLI LLP

| | |
|---|---|
| /s/ *Marshall Dore Louis* | /s/ *Michael Pegues* |
| Marshall Dore Louis (FL No. 1007668) | Michael D. Pegues (*Pro Hac Vice*) |
| 100 SE 2nd Street, Suite 2800 | 2950 N. Harwood, Suite 2100 |
| Miami, FL 33131 | Dallas, Texas 75201 |
| Tel: (305) 357-8400 | Tel: (214) 397-0030 |
| mlouis@bsfllp.com | MPegues@polsinelli.com |
| | |
| Samantha Parrish (*Pro Hac Vice*) | Nardo Dorsin (FL No. 126301) |
| 2029 Century Park East, Suite 1520 | 315 S. Biscayne Blvd., Suite 400 |
| Los Angeles, CA 90067 | Miami, FL 33131 |
| Tel: (213) 995-5715 | Tel: (305) 921-1811 |
| sparrish@bsfllp.com | ndorsin@polsinelli.com |
| | |
| *Counsel for Plaintiff* | Melenie Van (*Pro Hac Vice*) |
| *PURPLE INNOVATION, LLC* | 2049 Century Park East, Suite 2900 |
| | Los Angeles, CA 90067 |
| | Tel: (310) 556-1801 |
| | mvan@polsinelli.com |
| | |
| | *Counsel for Defendant* |
| | *Henson Holdings, LLC d/b/a SelectSoma* |