# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Case No. 24-cv-21362**

PURPLE INNOVATION, LLC,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDNETIFIED ON SCHEDULE A,

    Defendants.          /

## [PROPOSED] JOINT SCHEDULING ORDER SETTING CIVIL TRIAL DATE AND PRETRIAL SCHEDULE

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **Monday, December 15, 2025, in Courtroom 11-1 of the Wilkie D. Ferguson, Jr. United States Courthouse located at 400 North Miami Avenue, Miami, Florida 33128**. The **Calendar Call** will be held at **9:30 a.m. on Wednesday, December 10, 2025**. A telephonic **Status Conference** will be held at **10:00 a.m. on Wednesday, October 9, 2025**. The parties shall adhere to the following schedule:

| | | |
|---|---|---|
| 1. | Joinder of any additional parties and filing of motions to amend the complaint by | 30 days after the Court's order on Defendant's Motion to Dismiss |
| 2. | Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | 30 days after deadline for joinder of parties or amendment of pleadings |
| 3. | Parties shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | Friday, Mar. 14, 2025 |
| 4. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | Tuesday, Apr. 1, 2025 |
| 5. | Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | Tuesday, Sept. 2, 2025 |

| | |
|---|---|
| 6. Fact discovery shall be completed by **[at least five months before Trial date]** | Monday, Mar. 3, 2025 |
| 7. Expert discovery shall be completed by **[at least five months before Trial date]** | Tuesday, Apr. 15, 2025 |
| 8. Dispositive motions, including those regarding summary judgment and Daubert, shall be filed by **[at least four months before Trial date]** | Thursday, May 15, 2025 |
| 9. Mediation shall be completed by **[at least three months before Trial date]** | Monday, Sept. 15, 2025 |
| 10. All pretrial motions and memoranda of law, including motions in limine, shall be filed by **[at least two months before Trial date]** | Wednesday, Oct. 15, 2025 |
| 11. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by **[at least one month before Trial date]** | Friday, Nov. 14, 2025 |

**DONE AND ORDERED** in Chambers at _____, Florida, this \_\_\_ day of August, 2024.

_____
**HONORABLE DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**