UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-21362-GAYLES/GOODMAN

PURPLE INNOVATION, LLC,

        Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTERNSHIPS, AND
UNINCORPORATED ASSOCIATIONS
INDENTIFIED ON SCHEDULE "A",

        Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Defendant Henson Holdings, LLC d/b/a SelectSoma's ("Defendant") Motion to Dismiss (the "Motion"). [ECF No. 35, 39].[1] The Motion was referred to Magistrate Judge Jonathan Goodman, pursuant to 28 U.S.C. § 636(b)(1)(B), for a Report and Recommendation. [ECF No. 64]. On October 16, 2024, Judge Goodman issued his report recommending that the Motion be granted, and the Complaint be dismissed without prejudice with leave to amend (the "Report"). [ECF Nos. 70, 73].[2] No party has objected to the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which

---

[1] Defendant filed sealed and unsealed versions of the Motion.
[2] Judge Goodman entered a sealed version of the Report on October 16, 2024, [ECF No. 70], and an unsealed version on October 22, 2024, [ECF No. 73], after providing the parties with an opportunity to redact the sealed version. The parties did not suggest any redactions.

objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court has reviewed the Report for clear error and agrees with Judge Goodman's well-reasoned findings and recommendation. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

(1) Judge Goodman's Report and Recommendation, [ECF No. 70, 73], is **ADOPTED in full**;

(2) Defendant Henson Holdings, LLC d/b/a SelectSoma's Motion to Dismiss, [ECF No. 35, 39], is **GRANTED**.

(3) Plaintiff's Complaint is **DISMISSED** without prejudice. Plaintiff shall file an Amended Complaint on or before November 14, 2024.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of November, 2024.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE